BRYAN CAVE LLP, #00145700
Robert W. Shely (No. 014261)
Gregory B. Iannelli (No. 026549)
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
gregory.iannelli@bryancave.com

Attorneys for Defendants BAC Home Loans Servicing LP,
Recontrust Company N.A., and
Mortgage Electronic Registration Systems Inc.

IN **THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JONATHAN B. WOODS and KERRIE WOODS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP.; FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; RECONTRUST COMPANY; BAC HOME LOANS SERVICING; and JOHN and JANE DOES 1-5,<br><br>          Defendants. | No. 2:10-cv-00723-GMS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      This Corporate Disclosure Statement is filed on behalf of BAC Home Loans Servicing LP, Recontrust Company N.A., and Mortgage Electronic Registration Systems Inc. in compliance with the provisions of: (*check one*)

    __ X __  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any

665669.1

1  parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

☐ No such corporation.

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.)

<u>BAC Home Loans Servicing LP</u>

BAC Home Loans Servicing LP is a wholly-owned subsidiary of Bank of America N.A.  Bank of America N.A. is a wholly-owned subsidiary of BAC North America Holding Company.  BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation.  NB Holdings Corporation is a wholly-owned subsidiary of the publicly held Bank of America Corporation.

<u>Mortgage Electronic Registration Systems Inc.</u>

Mortgage Electronic Registration Systems Inc. is a wholly-owned subsidiary of MERSCORP Inc.

<u>Recontrust Company N.A.</u>

Recontrust Company N.A. is a wholly-owned subsidiary of the publicly held Bank of America Corporation.  No other publicly held entity owns more than 10% of the stock of Recontrust Company N.A.

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature off financial interest*. (*Attach additional pages if needed*.)

☐ Relationship

☐ Other (please explain)

665669.1                                    2

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 1st day of April, 2010.

                              BRYAN CAVE LLP

                    By    s/ Gregory B. Iannelli
                          Robert W. Shely
                          Gregory B. Iannelli
                          Two North Central Avenue, Suite 2200
                          Phoenix, Arizona 85004-4406

                          Attorneys for Defendants BAC Home Loans Servicing LP, Recontrust Company N.A., and Mortgage Electronic Registration Systems Inc.

COPY of the foregoing electronically filed using the CM/ECF System this 1st day of April, 2010.

COPY of the foregoing mailed this 1st day of April, 2010, to:

Jonathan Woods and Kerrie Woods
3930 East Cody Avenue
Gilbert, Arizona 85234

s/ Amy Robinson

665669.1                    3