| | |
|---|---|
| 1 | **GUST ROSENFELD P.L.C.** |
| | 201 E. Washington, Suite 800 |
| 2 | Phoenix, Arizona 85004-2327 |
| | 602-257-7422 |
| 3 | Matthew D. Bedwell - 022347 |
| | mbedwell@gustlaw.com |
| 4 | |
| 5 | **Attorneys for** Defendant First American |
| |          Title Insurance Company |
| 6 | |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN B. WOODS and KERRIE WOODS, | |
| Plaintiffs, | No. 2:10-CV-00723-GMS |
| v. | |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP.; FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY; BAC HOME LOANS SERVICING, and JOHN and JANE DOES 1-5, | **CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of <u>First American Title Insurance Company</u> in compliance with the provisions of: *(check one)*

  X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if any organizational

MDB:gmz 1221027.1 4/1/2010

1

victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by rule 12.4(a)(1).

**The filing party hereby declares as follows:**

  X    No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed).*

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional page if needed.)*

_____ Relationship _____

_____ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 1st day of April, 2010.

                              GUST ROSENFELD P.L.C.


                              By:*/s/ Matthew D. Bedwell #022347*
                                  Matthew D. Bedwell
                                  *Attorneys for Defendant First American Title Insurance Company*


**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal by U.S. Mail of a Notice of Electronic Filing to the following:

Robert W. Shely   rwshely@bryancave.com,

Gregory Bryan Iannelli   gregory.iannelli@bryancave.com,

MDB:gmz  1221027.1  4/1/2010

1  Amy Denton Harris
   Edward J Peterson , III
2  Russell M Blain
   Stichter Riedel Blain & Prosser PA
3  110 E Madison Street, Ste 200
   Tampa, FL 33602
4
   Jonathan B Woods
5  Kerrie Woods
   3930 East Cody Avenue
6  Gilbert, AZ 85234

7    s/ *Gloria Zanella*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MDB:gmz  1221027.1  4/1/2010