**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
602-257-7422
Matthew D. Bedwell - 022347
mbedwell@gustlaw.com

**Attorneys for** Defendant First American
  Title Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN B. WOODS and KERRIE WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP.; FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY; BAC HOME LOANS SERVICING, and JOHN and JANE DOES 1-5,<br><br>Defendants. | No. 2:10-CV-00723-GMS<br><br>**REPLY IN SUPPORT OF MOTION TO DISMISS** |

First American Title Insurance Company ("First American") gives the following reply in support of its motion to dismiss. Plaintiffs' response does nothing to change the fact that there has been no allegation of wrongdoing against First American. First American was the original trustee on a deed of trust arising out of a simple loan transaction. It was never the beneficiary of the deed of trust or note and has never taken any action as trustee. As plaintiff alleges First American was substituted out as trustee. Recontrust Company, N.A. is the current trustee under the subject deed of trust.

1  First American was named in this action only because its name appeared
2  in the original documents.  Plaintiffs themselves do not understand what First American
3  did nor did not do.  No wrong or appropriate cause of action has been alleged.  No
4  damages of any kind have been requested.  Further, under Arizona law, First American
5  is not a proper party to this action.  A.R.S. § 33-807(E).  Plaintiffs' complaint should be
6  dismissed and attorneys' fees awarded to First American.
7  Dated this 12th day of April, 2010.
8  GUST ROSENFELD P.L.C.

By   /s/  Matthew D. Bedwell -022347
    Matthew D. Bedwell
    Attorneys for Defendant *First American Title Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal by U.S. Mail of a Notice of Electronic Filing to the following:

Robert W. Shely   rwshely@bryancave.com,

Gregory Bryan Iannelli   gregory.iannelli@bryancave.com,

Amy Denton Harris
Edward J Peterson , III
Russell M Blain
Stichter Riedel Blain & Prosser PA
110 E Madison Street, Ste 200
Tampa, FL 33602

Jonathan B Woods
Kerrie Woods
3930 East Cody Avenue
Gilbert, AZ 85234

   s/ *Gloria Zanella*