**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
602-257-7422
Matthew D. Bedwell - 022347
mbedwell@gustlaw.com

**Attorneys for** Defendant First American
Title Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN B. WOODS and KERRIE WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP.; FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY; BAC HOME LOANS SERVICING, and JOHN and JANE DOES 1-5,<br><br>Defendants. | No. 2:10-CV-00723-GMS<br><br>**MOTION TO DISMISS** |

First American Title Insurance Company ("First American") moves pursuant to Rule 12(b)(6), Ariz.R.Civ.P., to dismiss the plaintiffs' complaint against it for failure to state a claim upon which relief can be granted. Although the plaintiff's have omitted First American as a defendant in their amended complaint, they have failed to make a Rule 41 motion to dismiss First American as a party. For that reason, the present motion was necessary to formally extricate First American from these proceedings. Further, plaintiffs decision to abandon their claim against First American is evidence that First American's previous motion to dismiss was well taken. As a

1 | result, First American is entitled to an award of its attorneys' fees and costs pursuant to
2 | A.R.S. § 33-807(E).
3 |                 Dated this 23rd day of August, 2010.
4 |                                        GUST ROSENFELD P.L.C.

By   /s/ Matthew D. Bedwell -022347
Matthew D. Bedwell
Attorneys for Defendant *First American Title Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal by U.S. Mail of a Notice of Electronic Filing to the following:

Robert W. Shely   rwshely@bryancave.com,

Gregory Bryan Iannelli   gregory.iannelli@bryancave.com,

Amy Denton Harris
Edward J Peterson , III
Russell M Blain
Stichter Riedel Blain & Prosser PA
110 E Madison Street, Ste 200
Tampa, FL 33602

Jonathan B Woods
Kerrie Woods
3930 East Cody Avenue
Gilbert, AZ 85234


  s/ Gloria Zanella