IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan B. Woods and Kerrie Woods, | No. CV-10-723-PHX-GMS |
| Plaintiffs, | **ORDER** |
| vs. | |
| BAC Home Loans Servicing, LP; Mortgage Electronic Registration Systems Incorporated; ReconTrust Company; First American Title Insurance Company; Taylor, Bean & Whitaker Mortgage Corp.; Unknown Parties named as John and Jane Does 1-5, | |
| Defendants. | |

The Court has been advised that Defendant Taylor, Bean & Whitaker Mortgage Corp. ("TB&W") filed bankruptcy on August 24, 2009. Therefore,

**IT IS HEREBY ORDERED** that this matter is stayed as to Defendant TB&W only.

**IT IS FURTHER ORDERED** that counsel for TB&W file a Status Report on or before **January 8, 2011,** and every 90 days thereafter, advising the Court whether the bankruptcy stay has been lifted and the case is ready to proceed.

DATED this 6th day of October, 2010.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge