IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan B. Woods and Kerrie Woods, | No. CV-10-723-PHX-GMS |
| Plaintiffs, | **ORDER** |
| vs. | |
| BAC Home Loans Servicing, LP; Mortgage Electronic Registration Systems Incorporated; ReconTrust Company; First American Title Insurance Company; Taylor, Bean & Whitaker Mortgage Corp.; Unknown Parties named as John and Jane Does 1-5, | |
| Defendants. | |

On October 6, 2010, the Court directed counsel for Defendant Taylor, Bean & Whitaker Mortgage Corp. ("TB&W") to file a Status Report on or before January 8, 2011. To date no Status Report has been filed. Accordingly,

**IT IS HEREBY ORDERED** that counsel for TB&W file a Status Report on or before **January 26, 2011,** and **every 90 days** thereafter, advising the Court whether the bankruptcy stay has been lifted and the case is ready to proceed as to TB&W.

DATED this 19th day of January, 2011.

G. Murray Snow
United States District Judge