THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _5.4_
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 1 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan B. Woods and Kerrie Woods,<br><br>Plaintiffs,<br><br>v.<br><br>BAC Home Loans Servicing, L.P.; Mortgage Electronic Registration Systems Incorporated; Recon Trust Company; Taylor, Bean & Whitaker Mortgage Corp.; Unknown Parties named as John and Jane Does 1-5,<br><br>Defendants. | No. CV-10-723-PHX-GMS |

## STATUS REPORT

TAYLOR, BEAN & WHITAKER MORTGAGE CORP. (the "Defendant" or "TBW") files this Status Report in accordance with the Court's Order dated January 19, 2011, and states as follows:

1. TBW filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, Case No. 3:09-bk-07047-JAF, on August 24, 2009 (the "Bankruptcy Case").

2. On or about April 1, 2010, TBW filed with this Court a Notice of Defendant, Taylor, Bean and Whitaker Mortgage Corp. of No Opposition to Removal of Action to Federal District Court and a Notice of Case Under Chapter 11 of the United States Bankruptcy Code and Notice of Automatic Stay.

3. No order has been entered in the Bankruptcy Case lifting or modifying the automatic stay as it pertains to the instant action, and, as such, the automatic stay remains in full force and effect.

4. The undersigned counsel is not counsel of record for TBW in the instant action as it acts only as TBW's Chapter 11 counsel in the Bankruptcy Case.

DATED: July 8, 2011.

/s/ Amy D. Harris

Russell M. Blain (FBN 0236314)
Edward J. Peterson, III (FBN 0014612)
Amy Denton Harris (FBN 634506)
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
aharris@srbp.com
Chapter 11 Counsel for Taylor, Bean &
Whitaker Mortgage Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Status Report have been furnished by U.S. Mail to:

Jonathan Woods and Kerrie Woods
3930 East Cody Avenue
Gilbert, Arizona 95234

Gregory B. Iannelli, Esquire
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

on this 8th day of July, 2011.

_____
Attorney

11371.980.3



STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
ATTORNEYS AT LAW
110 E. Madison Street
Suite 200
Tampa, Florida 33602-4700

RECEIVED
JUL 11 2011
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States District Court
401 W. Washington Street, Suite 130
Phoenix, Arizona 85003