Thomas C. Horne
Attorney General
(Firm State Bar No. 14000)
Dena Rosen Epstein
State Bar No. 015421
Carolyn R. Matthews
State Bar No. 013953
Assistant Attorneys General
Office of the Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Telephone: (602) 542-3702
Facsimile: (602) 542-4377
Attorneys for Plaintiff
Email: consumer@azag.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN B. WOODS and KERRIE WOODS, <br><br> PlaintiffS, <br><br> v. <br><br> BAC Home loans Servicing LP; Mortgage Electronic Registration Systems Incorporated, et al., <br><br> Defendant(s) | Case No.: CV-10-723-PHX-GMS <br><br> **STATE'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY GENERAL INTERVENTION** |

The State of Arizona, upon relation to Thomas C. Horne, Attorney General, having received Plaintiffs' Motion for Attorney General Intervention pursuant to 28 U.S.C.A. § 2403(b), and having no comment on the merits of the underlying litigation, hereby declines to intervene.

1  RESPECTFULLY SUBMITTED this 29th day of August, 2011.

Thomas C. Horne
Attorney General


 /s/ Carolyn R. Matthews
Dena Rosen Epstein
Carolyn R. Matthews
Assistant Attorneys General
Attorneys for Plaintiff

-3-

**CERTIFICATE OF SERVICE**

     I certify that on August 29, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and mailed a copy of same to any non-registrants.

/s/Carolyn R. Matthews
2285239