Jonathan B. Woods and Kerrie Woods, Plaintiffs *pro se*
3930 East Cody Avenue, Gilbert, AZ 85234
(480) 232-0076

```
                    FILED        LODGED
                    RECEIVED     COPY

                    SEP 0 7 2011

                  CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                  BY                  DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN B. WOODS AND KERRIE WOODS,<br><br>      Plaintiffs,<br>v.<br><br>BAC HOME LOANS SERVICING, et al.,<br><br>      Defendants. | CV-10-723-PHX-GMS<br><br>PLAINTIFFS' REQUEST TO EXTEND TIME FOR RESPONSE— FRCP 6(b)(1)(A) |

  We have received Defendants' "OPPOSITION TO POST-JUDGMENT MOTIONS" shown as #59 on the docket. We request the court extend our time to file and serve our Response or other appropriate Rule 12 motion(s) to Defendants' Opposition.

  This extension is needed, due to:

  1. Plaintiff Kerrie Woods recently had full knee replacement surgery on August 29th. Her convalescence will take approximately six weeks. During the first three post-operative weeks she requires extensive assistance with even her basic daily needs; and

  2. We are laypersons in the law and require this extra time to research and write the appropriate response or motion(s).

  We do not make this Request for any improper purpose, such as needless delay. We do not see how any prejudice to the opposing parties or their attorneys could result from this Request being allowed.

Page 1 - PLAINTIFFS' REQUEST TO EXTEND TIME

## RELIEF REQUESTED

This court's allowance of our late filing of our Response or Rule 12 motion(s) to Defendants' new Opposition identified above.

If we hear nothing contrary from this court on this matter, we will assume the way is clear and we will so file and serve our Response or counter-motion(s) no later than Friday, September 23rd.

We expressly reserve the right to amend or supplement this Request as needed. We also reserve our right to have this Request construed so as to do justice according to FRCP 8(e) and all other applicable law, including adequate notice.

*Submitted with all rights reserved on September 7, 2011*

Jonathan B. Woods, Plaintiff *pro se*

Kerrie Woods, Plaintiff *pro se*

*We mailed a true copy to the opposing parties' attorneys*

Page 2 - PLAINTIFFS' REQUEST TO EXTEND TIME