FILED

JAN 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN B. WOODS and KERRIE WOODS,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION,<br><br>        Defendant - Appellee. | No. 11-17740<br><br>D.C. No. 2:10-cv-00723-GMS<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock,* 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se